**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **INTERFOOD HOLDING, B.V.,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 4:08CV85-DJS |
| | ) | |
| **LARRY RICE, MICHAEL HUSMANN, and** | ) | |
| **DF INGREDIENTS, INC.,** | ) | |
| | ) | |
| Defendants. | ) | |

### PARTIAL JUDGMENT

Pursuant to the order entered herein this day,

**IT IS HEREBY ORDERED**, **ADJUDGED AND DECREED** that summary judgment is entered against plaintiff and in favor of defendants Husmann and DF Ingredients, Inc. as to all claims asserted against them in the first amended complaint.

**IT IS FURTHER ORDERED**, **ADJUDGED AND DECREED** that summary judgment is entered against plaintiff and in favor of defendant Rice as to Counts I, II, IV and V of the first amended complaint. Count III remains pending as against defendant Rice.

Dated this ___8th___ day of April, 2009.

/s/Donald J. Stohr
UNITED STATES DISTRICT JUDGE