UNITED STATED DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| INTERFOOD HOLDING, B.V., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No.: 4:08-cv-00085 |
| ) | |
| LARRY RICE, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**DEFENDANTS HUSMANN'S AND DF INGREDIENTS' COUNSELS'
MOTION TO WITHDRAW**

Joe D. Jacobson, Martin M. Green, Bradley P. Schneider, and Green Jacobson P.C., counsel for defendants Michael Husmann and DF Ingredients, Inc., move for leave to withdraw as counsel for these defendants.

In support of their motion, counsel state:

Counsel were recently permitted to withdraw from representing these clients, along with defendant Rice, in a related state-court case September 1, 2009, based on, among other reasons, a breakdown in the attorney-client relationship and the clients' refusal to honor the financial terms of their retainer agreement. Husmann, DF Ingredients, and Rice have obtained new counsel in the state-court case. In addition, counsel do not anticipated that Husmann and DF Ingredients will require any additional legal services in the district court in this matter.

## CONCLUSION

Joe D. Jacobson, Martin M. Green, Bradley P. Schneider, and Green Jacobson P.C., should be permitted to withdraw as counsel for defendants Michael Husmann and DF Ingredients, Inc.

>Respectfully submitted,
>
>GREEN JACOBSON, P.C.
>
>By:   /s/ Joe D. Jacobson
>Martin M. Green #3265
>Joe D. Jacobson #6194867
>Bradley P. Schneider #6291958
>7733 Forsyth Blvd., Suite 700
>Clayton, MO 63105
>
>Tel: (314) 862-6800
>Fax: (314) 862-1606
>
>Email: jacobson@stlouislaw.com
>
>Attorneys for defendants Husmann and DF Ingredients

## CERTIFICATE OF SERVICE

The filing attorney certifies that on September 30, 2009, the foregoing was filed electronically and served with the clerk of the court to be served by operation of the court's electronic filing system on the all participants in the court's electronic case filing system.

The filing attorney certifies that a true and accurate copy of the foregoing was served by U.S. Mail, first-class postage prepared, on the same date to the following non-participants in the court's electronic filing system: Larry Rice, 127 Elm Street, Suite 200, Washington, MO 63090; Michael Husmann, 127 Elm Street, Suite 200, Washington, MO 63090; and DF Ingredients, 127 Elm Street, Suite 200, Washington, MO 63090.