UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FILED
DEC - 7 2009
U. S. DISTRICT COURT
E. DIST. OF MO.
ST. LOUIS

| | |
|---|---|
| INTERFOOD HOLDING, B.V., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:08-cv-00085 DJS |
| ) | |
| LARRY RICE, *et al.*, ) | |
| ) | |
| Defendants. ) | |

### RICE'S MOTION FOR TIME FOR PLAINTIFF TO RESPOND

Plaintiff's November 24, 2009 Doc # 197, "Joint response to defendants' opposition memoranda…" requires many corrections under Rule 11.

On November 29, 2009 Defendant Rice asked Plaintiff to make those corrections.

The corrections that should be forthcoming under Rule 11 have a high probability of changing the tone and direction of Plaintiff's motion, and could have a significant impact on the Court's ruling.

Wherefore Defendant Rice requests the Court give Plaintiff sufficient time to correct their motion under Rule 11 before making any ruling based in part on Plaintiff's uncorrected Motion.



RESPECTFULLY SUBMITTED,
This 3rd day of December, 2009

BY: *Larry Rice*
Larry Rice, pro se
127 Elm Street, suite 201
Washington, MO 63090
Larry@Interfood.us
636-583-0802 ext 106

CERTIFICATE OF SERVICE

I certify that on December 3, 2009, a true and accurate copy of this document and its attachments were sent via first class mail with adequate postage attached to:

Thomas Cummings
Armstrong Teasdale, LLP
One Metropolitan Square, Suite 2600
St. Louis, MO 63102-2740

Joe D. Jacobson, Esq.
7733 Forsyth Blvd., Suite 700
Clayton, MO 63105

By: *Larry Rice*
Larry Rice, pro se
127 Elm St., suite 201
Washington MO 63090
Tel: (636) 583-0802