UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| INTERFOOD HOLDING, B.V., ) <br>     Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> LARRY RICE and ) <br> MICHAEL HUSMANN, and ) <br> DF INGREDIENTS, INC., ) <br> ) <br> ) <br>     Defendants. ) | No.  4:08-cv-00085 DJS |

### PLAINTIFF'S RESPONSE TO DEFENDANT LARRY RICE'S MOTION FOR TIME FOR PLAINTIFF TO RESPOND (DOC. 200)

On November 29, 2009, Defendant Larry Rice sent by email to Plaintiff and Plaintiff's counsel a listing of facts and arguments asserted by Plaintiff in its response to Defendants' memorandum opposing Plaintiff's motion to reconsider (Doc. 197), all of which Mr. Rice claimed were "lies."  All of the purported "lies," however, are supported by the evidence (in some cases by Defendants' own testimony and filings) and law.  As a result, Plaintiff will not be filing any "corrections" to its previous filing, and Plaintiff has so informed Mr. Rice.

RESPECTFULLY SUBMITTED,

BY: /s/ Jeffrey L. Schultz
    Thomas Cummings     #2910
    Andrew B. Mayfield     #3779
    Jeffrey L. Schultz     #507243
    ARMSTRONG TEASDALE, LLP
    One Metropolitan Square, Suite 2600
    St. Louis, Missouri 63102-2740
    (314) 621-5070
    (314) 621-5065 (facsimile)

ATTORNEYS FOR PLAINTIFF
INTERFOOD HOLDING, B.V.

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing document was filed electronically with the Clerk of the Court and served via operation of the Court's CM/ECF electronic filing system on this 11th day of December, 2009 to:

Joe D. Jacobson, Esq.
Green Jacobson & Butsch, P.C.
7733 Forsyth Boulevard, Suite 700
Clayton, Missouri 63105
jacobson@stlouislaw.com

The undersigned hereby certifies that a true and correct copy of the foregoing document was sent via US Mail, postage prepaid, and via facsimile on this 11th day of December, 2009 to:

Mr. Larry Rice
127 Elm Street, Suite 201
Washington, Missouri 63090
Facsimile: 636-583-4877

/s/    Jeffrey L. Schultz