**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| INTERFOOD HOLDING, B.V., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 4:08CV85-DJS |
| | ) | |
| LARRY RICE, MICHAEL HUSMANN, and | ) | |
| DF INGREDIENTS, INC., | ) | |
| | ) | |
| Defendants. | ) | |

<u>ORDER</u>

**IT IS HEREBY ORDERED** that defendant Larry Rice's "Motion for Time for Plaintiff to Respond" [Doc. #200] is denied as moot in view of plaintiff's response filed December 11, 2009 [Doc. #201].

Dated this _____16th_____ day of December, 2009.

/s/ Donald J. Stohr
UNITED STATES DISTRICT JUDGE