UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| INTERFOOD HOLDING, B.V.,<br>   Plaintiff, | )<br>)<br>) |
| vs. | )<br>) |
| LARRY RICE and<br>MICHAEL HUSMANN, and<br>DF INGREDIENTS, INC., | )  No.  4:08-cv-00085 DJS<br>)<br>)<br>)<br>) |
|    Defendants. | ) |

### PLAINTIFF'S MEMORANDUM IN OPPOSITION TO DEFENDANTS HUSMANN'S AND DF INGREDIENTS' COUNSEL'S RENEWED MOTION TO WITHDRAW  (DOC. 206)

Plaintiff Interfood Holding B.V. opposes Defendants Husmann's and DF Ingredients' Counsel's Renewed Motion to Withdraw (Doc. 206), unless new counsel enters an appearance on behalf of DF Ingredients, Inc. contemporaneously with such withdrawal.

As set forth in Plaintiff's Memorandum to Clerk Regarding Judgment Enforcing Settlement (Doc. 205), pursuant to the settlement "[a]ll pending lawsuits between any of the parties or related parties will be dismissed with prejudice, with each party to bear its own costs." The Franklin County Circuit Court ordered the transactions called for in the settlement to close on January 15, 2010.  In order for Plaintiff to effectuate the dismissal of its claims following the closing of the other transactions called for in the settlement, Plaintiff will require the Defendants to sign a stipulation of dismissal.  *See* F.R.C.P. 41(a)(1)(A)(ii).  DF Ingredients can only appear in this case through counsel.  Therefore, if DF Ingredients' current counsel is allowed to withdraw before new counsel enters on behalf of DF Ingredients, DF Ingredients will be unable to sign a stipulation of dismissal to be filed with this Court.

Accordingly, Plaintiff Interfood Holding B.V. respectfully requests that this Court deny

Defendants Husmann's and DF Ingredients' Counsel's Renewed Motion to Withdraw unless and until new counsel enters an appearance on behalf of DF Ingredients, Inc.

        RESPECTFULLY SUBMITTED,

BY: /s/ Jeffrey L. Schultz
Thomas Cummings    #2910
Andrew B. Mayfield    #3779
Jeffrey L. Schultz    #507243
ARMSTRONG TEASDALE, LLP
One Metropolitan Square, Suite 2600
St. Louis, Missouri 63102-2740
(314) 621-5070
(314) 621-5065 (facsimile)

ATTORNEYS FOR PLAINTIFF
INTERFOOD HOLDING, B.V.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document was filed electronically with the Clerk of the Court and served via operation of the Court's CM/ECF electronic filing system on this 7th day of January, 2010 to:

Joe D. Jacobson, Esq.
Green Jacobson & Butsch, P.C.
7733 Forsyth Boulevard, Suite 700
Clayton, Missouri 63105
jacobson@stlouislaw.com

The undersigned hereby certifies that a true and correct copy of the foregoing document was sent via US Mail, postage prepaid, and via facsimile on this 7th day of January, 2010 to:

Mr. Larry Rice
127 Elm Street, Suite 201
Washington, Missouri 63090
Facsimile: 636-583-4877

        /s/    Jeffrey L. Schultz