UNITED STATED DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| INTERFOOD HOLDING, B.V., | ) |
| Plaintiff, | ) |
| vs. | ) Case No.: 4:08-cv-00085 |
| LARRY RICE, *et al.*, | ) |
| Defendants. | ) |

**DEFENDANTS HUSMANN'S AND DF INGREDIENTS' COUNSELS' REPLY IN SUPPORT OF THEIR RENEWED MOTION TO WITHDRAW**

Joe D. Jacobson, Martin M. Green, Bradley P. Schneider, and Green Jacobson P.C., counsel for defendants Michael Husmann and DF Ingredients, Inc., in further support of their renewed motion for leave to withdraw as counsel for these defendants, state:

Plaintiff Interfood Holding, B.V., states that counsel should not be permitted to withdraw because defendant DF Ingredients will need to execute some papers in connection with the oral settlement agreement that has been enforced by the state court and will need to be represented by counsel to execute those papers.

This position is flawed.

A corporation can sign a settlement agreement through an officer or other authorized person. There is no requirement that a settlement agreement, or that settlement closing papers, be signed by an attorney for the corporation. The rule requiring legal representation refers to representation before a court, and does not

require representation for all activities engaged in by a corporation, such as signing agreements.

To the extent that the court sees any merit to plaintiff's position that this law firm should be kept in the case as counsel of record for former clients — Husmann and DF Ingredients — who are listed as terminated parties in this litigation after having successfully obtained summary judgment as to all counts asserted against them, then it should simply defer granting the withdrawal a week until January 15, that date on which the reported settlement is to close.

## CONCLUSION

Joe D. Jacobson, Martin M. Green, Bradley P. Schneider, and Green Jacobson P.C., should be permitted to withdraw as counsel for defendants Michael Husmann and DF Ingredients, Inc.

Respectfully submitted,

GREEN JACOBSON, P.C.

By:   /s/ Joe D. Jacobson
Martin M. Green #3265
Joe D. Jacobson #6194867
Bradley P. Schneider #6291958
7733 Forsyth Blvd., Suite 700
Clayton, MO 63105

Tel: (314) 862-6800
Fax: (314) 862-1606

Email: jacobson@stlouislaw.com

Attorneys for defendants Husmann and DF Ingredients

**CERTIFICATE OF SERVICE**

The filing attorney certifies that on January 7, 2010, the foregoing was filed electronically and served with the clerk of the court to be served by operation of the court's electronic filing system on the all participants in the court's electronic case filing system.

The filing attorney certifies that a true and accurate copy of the foregoing was served by U.S. Mail, first-class postage prepared, on the same date to the following non-participants in the court's electronic filing system: Larry Rice, 127 Elm Street, Suite 200, Washington, MO 63090; Michael Husmann, 127 Elm Street, Suite 200, Washington, MO 63090; and DF Ingredients, 127 Elm Street, Suite 200, Washington, MO 63090.