UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION


INTERFOOD HOLDINGS, B.V.,          )
                                   )
            Plaintiff,             )
                                   )
        vs.                        )        No. 4:08CV85-DJS
                                   )
LARRY RICE, et al.,                )
                                   )
            Defendants.            )


ORDER

IT IS HEREBY ORDERED that, for the reasons stated in the Court's prior order [Doc. #214], defendants Michael Husmann and DF Ingredients, Inc.'s supplemental motion for attorney's fees [Doc. #187] is denied, without prejudice to refiling when final judgment is entered.


        Dated this ____5th____ day of March, 2010.


                              /s/Donald J. Stohr
                              UNITED STATES DISTRICT JUDGE