UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

INTERFOOD HOLDING, B.V., )
)
    Plaintiff, )
)
vs. ) Case No: 4:08-cv-00085 DJS
)
LARRY RICE, *et al.*, ) Division No. I
)
    Defendants. )
)
)

**DEFENDANTS' DISMISSAL WITH PREJUDICE**

Defendants LARRY RICE, MICHAEL HUSMANN and DF INGREDIENTS, INC. ("Defendants") hereby stipulate that each and every claim and cause of action now open and pending by Defendants against Plaintiff in this action should be and hereby are dismissed, with prejudice, with each party to bear its or their own costs, expenses, and attorneys' fees.

| | |
|---|---|
| LARRY RICE | GREEN JACOBSON, P.C. |
| */s/ Larry Rice* | By: */s/ Joe D. Jacobson* |
| 127 Elm Street | Joe D. Jacobson  MO 33715  ~~#6194867~~ |
| Suite 201 | 7733 Forsyth Blvd. Suite 700 |
| Washington, Missouri 63090 | St. Louis, Missouri 63105 |
| (636) 583-0802, Ext. 106 | (314) 862-6800 |
| | |
| PRO SE | ATTORNEYS FOR DEFENDANTS |
| | MICHAEL HUSMANN AND |
| | DF INGREDIENTS, INC. |